Ryan T. McFarland, ISB No. 7347
PO Box 1335
Meridian, ID 83680
Telephone: 208.895.1291
Facsimile: 208.895.1270
Email: ryan@mcfarlandritter.com

Attorneys for Etison LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ETISON LLC, dba CLICKFUNNELS, an Idaho Limited Liability Company,<br><br>   Plaintiff,<br><br>vs.<br><br>NAMECHEAP, INC., a Delaware corporation, doing business as WHOISGUARD, INC.; and DOES I through XX,<br><br>   Defendants. | Case No.<br><br>COMPLAINT |

Etison LLC, dba ClickFunnels (herein referred to as "ClickFunnels"), by and through its attorneys of record, McFarland Ritter PLLC, pleads and complains as follows:

### I. PARTIES

1. ClickFunnels is an Idaho limited liability company, with its principle place of business in Ada County, Idaho.

2. Defendant Namecheap, Inc. ("Namecheap") is a Delaware Corporation having a principle place of business in Phoenix, Arizona.

COMPLAINT - 1

3. On information and belief, Does I through XX are owners, employees, associates, affiliates, customers or agents of Namecheap and the operator of a website located at www.getwsodo.com (the "Website").

## II. JURISDICTION AND VENUE

4. This is a civil action seeking damages and injunctive relief for trademark infringement (15 U.S.C. §1051, *et seq.*), and copyright infringement (17 U.S.C. §101, *et seq.*). This Court has jurisdiction under 15 U.S.C. § 1121(a) *et seq.* (trademark) and 28 U.S.C. §1338, *et seq.* (copyright and trademark infringement) and 28 U.S.C. §1331 (federal question).

5. Venue in this District is proper under 28 U.S.C. §§ 1391 and 1400. This Court has personal jurisdiction over Defendants because a substantial part of the acts of infringement complained of herein occurred in this District.

## III. GENERAL ALLEGATIONS

6. ClickFunnels realleges paragraphs 1 through 5 above and incorporate the same by reference herein as if set forth in full.

7. ClickFunnels develops on-line marketing tools, including website and sales funnel software, as well as audio, visual, and digital creative works and business training products. ClickFunnels has, at great expense, developed world-wide recognition of its name and good will in its name, products and services. ClickFunnels has nearly 100,000 customers world-wide.

8. ClickFunnels is the owner of numerous federally-registered trademarks, including, *inter alia,* CLICKFUNNELS, Reg. No. 4993984; the ClickFunnels logo, Reg. No. 5145311; TRAFFIC SECRETS, Reg. No. 5063566; ONE FUNNEL AWAY CHALLENGE, Reg. No. 5839558 (collectively, the "Registered Trademarks").

COMPLAINT - 2

9. Defendant Namecheap is a registrar of domain names used on the Internet.

10. Policies of the Internet Corporation of Assigned Names and Numbers ("ICANN"), the entity which regulates the registering of ".com" domain names, requires the registrant of a domain name to provide the registrant's name and contact information to the public.

11. One important reason for the registrant's name and contact information to be public is to allow owners of intellectual property to communicate with, and enforce their rights against, those who pirate or otherwise infringe intellectual property.

12. Namecheap provides a proxy name service to its domain name registrant customers which allows those customers to disguise their true identity by using the name WHOIS GUARD, a whoisguard.com email address, a Panamanian post office box address, and a fictitious phone and fax number.

13. On information and belief, WhoisGuard is frequently used by companies and individuals who infringe intellectual property of third parties to hide their identities and impede the efforts of intellectual property owners to protect their rights.

14. Currently, and, on information and belief, since at least 2016, Namecheap has been the registrant of the domain name www.getwsodo.com.

15. Namecheap has used the WHOISGUARD name and contact information as the publicly available contact information for the registrant of the Website.

16. The Website contains a number of informational products created by ClickFunnels, which are protected by trademark law and copyright law, including but not limited to:

COMPLAINT - 3

| Name Of Product | Product Owned By | Product Protected By | Defendant's URL Where Offered |
|---|---|---|---|
| Traffic Secrets | ClickFunnels | Registered Trademark and Copyright | https://www.getwsodo.com/russell-brunson-traffic-secrets/https://www.getwsodo.com/russell-brunson-traffic-secrets/ |
| One Funnel Away Challenge | ClickFunnels | Registered Trademark and Copyright | https://www.getwsodo.com/russell-brunson-one-funnel-away-challange/ |
| 30 Days | ClickFunnels | Registered Trademark and Copyright | https://www.getwsodo.com/russell-brunson-30-days/ |

17. The above-cited informational products (collectively, the "Infringed Products") are offered by ClickFunnels across the Nation and across the world for sale at various access-controlled online platforms. Defendants' offering of such products for sale at the Website is intended and is likely to confuse the public concerning the connection, affiliation, or endorsement of Defendants by ClickFunnels, and is also intended to divert sales proceeds from ClickFunnels to Defendants.

18. In June, July and August 2019, ClickFunnels caused a series of DMCA take-down notices to be sent to Namecheap and others regarding the Infringed Products. ClickFunnels received no response from anyone to those DMCA take-down notices.

19. On or about August 30, 2019, ClickFunnels caused a letter to be sent by ClickFunnels' legal counsel to Namecheap's legal department, as well as to the WhoisGuard P.O. Box, via U.S. Mail, International Mail, and e-mail. A true and correct copy of that letter is attached hereto as Exhibit A. Namecheap neither removed the Infringed Products from the

Website, nor disclosed the name of its customer(s) who in fact registered the www.getwsodo.com domain name and is operating the Website.

## IV. CLAIMS

### COUNT I – INFRINGEMENT OF CLICKFUNNELS' TRADEMARKS (15 U.S.C. §1125)

20. ClickFunnels realleges paragraphs 1 through 19 above and incorporates the same by reference herein as if set forth in full.

21. Since at least 2014, ClickFunnels has been the owner of the valuable Registered Trademark CLICKFUNNELS, Reg. No. 4993984; since at least 2017, ClickFunnels has been the owner of a valuable, Registered Trademark in the ClickFunnels logo, Reg. No. 5145311; since at least 2016, ClickFunnels has been the owner of the valuable Registered Trademark TRAFFIC SECRETS, Reg. No. 5063566; and since at least 2019, ClickFunnels has been the owner of the valuable Registered Trademark ONE FUNNEL AWAY CHALLENGE, Reg. No. 5839558.

22. The consuming public recognizes the Registered Trademarks as being distinctive and as identifiers of the high-quality goods and services associated with ClickFunnels.

23. The Registered Trademarks have acquired secondary meaning in the minds of the consuming public.

24. Notwithstanding ClickFunnels' prior rights in the Registered Trademarks, Defendants have used and continue to use, the trademarks on the Website to advertise goods and services which appear to be identical to the Infringed Products.

25. Defendants' use of the Registered Trademarks (or confusingly similar trademarks) in connection with the advertisement and sale of the Infringed Products – products

COMPLAINT - 5

in interstate commerce – is likely to cause confusion, mistake, or deception as to the origin, sponsorship or approval of Defendants' goods.

26. Defendants' use of the Registered Trademarks is also likely to cause initial interest and other confusion among consumers and potential consumers of ClickFunnels' goods.

27. Defendants' actions constitute trademark infringement in violation of 15 U.S.C. §1125(a).

28. Defendants have caused and will continue to cause, unless enjoined, irreparable harm to the goodwill and reputation of ClickFunnels.

29. Defendant Namecheap, by enabling the infringement, hiding the identity of its customer(s) who is(are) committing the infringement, and otherwise shielding its customer(s) from liability, is contributorily liable for infringement.

30. Defendants' actions were taken with knowledge of ClickFunnels' rights, and thus constitute deliberate and intentional infringement, justifying an award of treble damages to ClickFunnels, pursuant to 15 U.S.C. §1117, in an amount to be determined at trial, as well as preliminary and permanent injunctive relief to prevent future infringement.

**COUNT II – INFRINGEMENT OF CLICKFUNNELS' COPYRIGHTS (17 U.S.C. § 501)**

31. ClickFunnels realleges paragraphs 1 through 30 above and incorporates the same by reference herein as if set forth in full.

32. As the owner of copyrights in the "Traffic Secrets," "One Funnel Away Challenge," and "30 Days" products (collectively, the "ClickFunnels Products") referenced in the table above, ClickFunnels possesses exclusive rights in the ClickFunnels Products, including

the exclusive rights to reproduce, create derivative works based upon and publicly distribute copies of and derivative works based upon the ClickFunnels Products.

33. Defendants have infringed and are infringing ClickFunnels' exclusive rights in the ClickFunnels Products, via the Website, which is offering exact copies of, or derivative works that are substantially similar to, the ClickFunnels Products, and selling the ClickFunnels Products for profit.

34. Because the ClickFunnels Products are digital products, available as digital downloads from ClickFunnels' authorized online platforms, exact copies are easily made and resold by Defendants.

35. Defendant Namecheap, by enabling the infringement, hiding the identity of its customer(s) who is(are) committing the infringement, and otherwise shielding its customer(s) from liability, is contributorily liable for infringement.

36. Defendants' infringement of ClickFunnels' copyrights is ongoing, and has caused, and unless enjoined by the Court will continue to cause, ClickFunnels irreparable harm.

37. ClickFunnels has been damaged by Defendants' infringement of ClickFunnels' copyrights in the ClickFunnels Products in an amount which will be proven at trial, and is entitled to money damages, as well as a preliminary injunction and a permanent injunction enjoining continued infringement.

## V. ATTORNEY FEES

38. ClickFunnels realleges and incorporates paragraphs 1 through 37 above as if set forth herein in full.

39.     Defendants' continued infringement of ClickFunnels' trademark and copyrights is done with knowledge and in bad faith, and is in violation of federal law. As a result, ClickFunnels has been required to prosecute this action. Under 15 U.S.C. §1117, ClickFunnels is entitled to recover its costs and reasonable attorneys' fees incurred in prosecuting this action. Based upon ClickFunnels' experience in litigating such claims, reasonable attorneys' fees in the event that judgment is entered by default are $10,000.00.

## VI. PRAYER FOR RELIEF

WHEREFORE, ClickFunnels prays for entry of judgment against Defendants as follows:

### AS TO CLAIM FOR RELIEF ONE:

1.      A judgment that Defendants have infringed ClickFunnels' trademark rights in the Registered Trademarks;

2.      For recovery of Defendants' profits, pursuant to 15 U.S.C. §1117, the precise amount to be proven at trial;

3.      For ClickFunnels' actual damages, pursuant to 15 U.S.C. §1117, the precise amount to be proven at trial;

4.      For an award of treble damages, pursuant to 15 U.S.C. §1117, the precise amount to be proven at trial;

5.      For a temporary and preliminary injunction enjoining Defendants and those acting in privity or concert with Defendants from infringing ClickFunnels' trademark rights in the Registered Trademarks by using the same or confusingly similar marks, in the advertising or selling of goods, until the Court has decided the merits of this action; and

6. For a permanent injunction enjoining Defendants and those acting in privity or concert with Defendants from using ClickFunnels' trademarks, or confusingly similar marks, in the advertising or selling of goods.

**AS TO CLAIMS FOR RELIEF TWO:**

1. A judgment that Defendants have infringed ClickFunnels' copyrights in the ClickFunnels Products;

2. For actual damages, pursuant to 17 U.S.C. §504, the precise amount to be proven at trial;

3. For a temporary and preliminary injunction enjoining Defendants and those acting in privity or concert with Defendants from the unauthorized making, using, advertising, and selling of the ClickFunnels Products, until the Court has decided the merits of this action; and

4. For a permanent injunction enjoining Defendants and those acting in privity or concert with Defendants from the unauthorized making, using, advertising, and selling of the ClickFunnels Products.

**AS TO ALL CLAIMS FOR RELIEF:**

1. For costs and attorneys' fees incurred by ClickFunnels in prosecuting this action; and

2. For such other and further relief as the Court deems just and proper.

## VII.
## JURY DEMAND

ClickFunnels demands a jury by trial on all claims for relief and all issues so triable.


DATED THIS \_\_\_\_ day of October, 2019.

        MCFARLAND RITTER PLLC

        By _____
        Ryan T. McFarland, ISB No. 7347
        Attorneys for Etison LLC

COMPLAINT - 10

# EXHIBIT A



# MCFARLAND◊RITTER

30 August 2019

**VIA U.S. MAIL**
**VIA INTERNATIONAL MAIL**
**VIA EMAIL:** abuse@namecheap.com, dmca@namecheap.com, Legal@namecheap.com

| | |
|---|---|
| WhoisGuard, Inc. | Namecheap Legal Department |
| P.O. Box 0823-03411 | 4600 East Washington Street, Suite 305 |
| PANAMA | Phoenix, AZ 85034 |

*Re: Copyright Infringement of Etison LLC's Material*

To Whom it May Concern,

This firm represents Etison LLC ("Etison"). Etison is the creator and licensor of the ClickFunnels software, which has become famous throughout the world. Etison is also a prolific publisher of creative, copyright-protected business development and training content. Etison's worldwide businesses and reputation is built on this creative content, and both of them have developed famous and valuable trademarks in the course of offering this.

It has come to Etison's attention that you are advertising and selling Etison's creative, copyright-protected, specifically, "Russell Brunson – 30 Days; Videos, PDF's." This content is being advertised and offered for sale at https://www.getwsodo.com/russell-brunson-30-d.

Your actions constitute both copyright and trademark infringement. On June 24, 2019, Etison sent you a DMCA take-down notice, which you have ignored. Furthermore, by use of Russell Brunson's likeness and name, and ClickFunnels' trademark-protected name, you are likely to confuse the consuming public as to the affiliation, connection, endorsement or support between you and Mr. Brunson and Etison.

Given your refusal to remove the infringing material, as required by law following Etison's DMCA take-down notice, Etison has instructed me to commence legal action against you. Please be advised that if you have not removed the copyright- and trademark-infringing material by September 10, 2019, and confirmed such removal by reply to this letter, we will commence such action without further notice to you.

**Namecheap:** demand is hereby made that you disclose the name and contact information of your client who is operating the website at www.getwsodo.com, or Etison will bring these copyright-and trademark-infringement claims against you directly.

Sincerely,

Ryan McFarland
Legal Counsel

---

MCFARLANDRITTER.COM | P.O. BOX 1335 | MERIDIAN, IDAHO 83680 | RYAN@MCFARLANDRITTER.COM | P. 208.789.1643 | F. 208.895.1270